IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

| | | |
|---|---|---|
| DOUG NIENDICK | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | No 1:11CV00043  SWW |
| CITY OF SALEM | * | |
| | * | |
| Defendant | * | |

**ORDER**

Before the Court is Plaintiff's unopposed motion to transfer the trial in this case, currently set to take place in Batesville, Arkansas.  Plaintiff asks the Court to move the trial to Little Rock for the convenience of both parities and states defendant has no objection to the requested transfer.

IT IS THEREFORE ORDERED that Plaintiff's unopposed motion to transfer the trial in this case to Little Rock (docket entry #7) is GRANTED

IT IS SO ORDERED THIS 22nd DAY OF AUGUST, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE