Case 1:11-cv-00043-SWW   Document 35   Filed 02/22/12   Page 1 of 2

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 2 2 2012

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

**DOUG NIENDICK**  **PLAINTIFF**

vs.  **CASE No. 1:11CV00043 SWW**

**CITY OF SALEM**  **DEFENDANT**

## PROTECTIVE ORDER

It appearing to the Court that, upon the motion of all parties, defendant has agreed to make available to plaintiff and his counsel certain information regarding individuals not a party to this lawsuit, including payroll records, copies of checks, W-2 forms, 1099 forms, and all other documents concerning any payments made by the City of Salem for the period from June 1, 2008, through June 1, 2010. Said files and documents contain confidential information, specifically individuals' addresses and social security numbers the release of which would constitute an unwarranted invasion of privacy.

It is therefore ordered that any information gained in any documents photocopied from said files and documents by plaintiff and any additional files and documents containing personal information requested by plaintiff, and which are relevant to this case and designated confidential by defendant, may be used only in connection with preparing and presenting plaintiff's case to this Court.

It is further ordered that any documents obtained by plaintiff shall remain in the custody of plaintiff or his counsel. Neither plaintiff nor anyone acting for or on behalf of plaintiff shall in any manner, directly or indirectly, transfer or communicate any of the information or data obtained to any person not a party to this litigation other than for proper purposes directly related to the trial of this action, and that any such person to whom such communication is made is

bound by the terms of this Order. Any disclosed confidential material utilized as exhibits at trial, or in any pleadings filed with the Court, shall be maintained in a separate, sealed envelope in the Court's file only to be available to the parties in any appeal which might be taken from the Court's decision in this matter.

It is further ordered that one year after the conclusion of this litigation, including any appeals, all copied documents furnished to plaintiff designated as confidential herein shall be destroyed or, if defendant so requests 60 days before the time to destroy the documents, plaintiff will return the documents and plaintiff, his counsel and his representatives are instructed not to retain any copies.

IT IS SO ODERED this 22 day of February, 2012.

United States District Judge

**AGREED AS TO FORM AND SUBSTANCE:**

/s/ M. Keith Wren
M. Keith Wren, ABN 94107
Attorney for Defendant
9421 W. Markham, Suite B
Little Rock, AR 72205
501-223-9736 (telephone)
501-228-8887 (facsimile)
mkwren@aol.com

/s/ John T. Holleman
John T. Holleman, ABN 91067
Maryna O. Jackson, ABN 2009111
Attorney for Plaintiff
HOLLEMAN & ASSOCIATES, P.A.
200 West Capitol Avenue, Suite 1620
Little Rock, AR 72201
501-975-5040 (telephone)
501-975-5043
jholleman@johnholleman.net