IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DOUG NIENDICK,**                                                                **PLAINTIFF**
**INDIVIDUALLY AND ON BEHALF**
**OF OTHERS SIMILARLY SITUATED**

v.                            **CASE NO. 1:11cv43SWW**

**CITY OF SALEM**                                                              **DEFENDANT**

## PLAINTIFF'S MOTION IN LIMINE

Comes now the Plaintiff, Doug Niendick by and through his attorneys Holleman and Associates, P.A., and before any proceedings have been had in the presence of the jury, before the *voire dire* examination of the jury panel, and before the introduction of any evidence, and file this motion *in limine*. The Plaintiff moves the court to instruct counsel for the Defendant not to mention within the hearing of any member of the jury panel, either in *voir dire* examination, or upon statement of the case, or by the interrogation of the witnesses, or in argument, or by objections in the presence of the jury, or otherwise, any of the following matters, either directly or indirectly, not to refer to, nor interrogate concerning, nor otherwise apprise the jury of any of the following matters. It is further moved that counsel for the Defendant be instructed to apprise each of his witnesses of the contents of this motion to the end that such motion not be inadvertently violated by a witness.

1. This motion contains a listing of each of the items that should be excluded from evidence. The legal argument for each is set out in the Brief filed herewith. The matters subject to such Motion *in limine* are as follows:

2. That this Motion has been filed or that any ruling by the Court has been made in

response to this Motion.

    3.    Any questions or references to a potential HIPAA violation that may have occurred when Plaintiff went behind the Fulton County Hospital's nurses desk while on duty.

    4.    Any questions related to Plaintiff's prior- and post-City of Salem places of employment.

    5.    That Plaintiff has been a party to a divorce or child custody dispute.

    6.    Any questions related to cursing and profanity directed at Plaintiff from his superior.

    7.    That Plaintiff has been a party to any lawsuit, bankruptcy, or has claimed any worker's compensation claims, or unemployment records.

    8.    Any documents, records, and references to the offer of settlement extended to Plaintiff by Defendant in the wake of the United States Department of Labor's investigation of the City of Salem's practice of not paying Plaintiff proper compensation.

    9.    Any questions regarding those incidents, described in Linda Hutchison's affidavit, attached as Exhibit B to the brief accompanying this motion, in which Plaintiff left the City of Salem early to collect his son from school, forcing his superior, Chief Roork, to cover his shift.

    9.    Any complaints, warnings, disciplinary actions, or investigations, unrelated to central issues of the case at bar, lodged against Plaintiff during his tenure as a patrol officer in Defendant's employ. Including, but not limited to, Exhibits C-H which have been attached to the brief accompanying this motion.

    10.    That some witnesses or persons were not called by Plaintiff to testify at the trial of this case.

    **WHEREFORE**, Plaintiffs ask that the Court grant Plaintiffs' Motion in *Limine* in its

entirety, and for all other just and proper relief to which they may be entitled.

Respectfully submitted,

HOLLEMAN & ASSOCIATES, P.A.
    1008 West Second Street
    Little Rock, AR 72201
    Telephone: (501) 975-5040
    Facsimile: (501) 975-5043

    By: /s/ John T. Holleman
    John T. Holleman, ABN 91056
    jholleman@johnholleman.net
    Maryna O. Jackson, ABN 2009111
    maryna@johnholleman.net
Amber R. Schubert, ABN 2009150
amber@johnholleman.net

## CERTIFICATE OF SERVICE

I, John T. Holleman, hereby certify that a true and correct copy of the foregoing document was filed via the CM/ECF system, this the 16th day of November, 2012, and that the foregoing shall send notification of such filing to the following:

M. Keith Wren
Attorney at Law
9421 W. Markham, Suite B
Little Rock, AR 72205
mkwren@aol.com

                              By: /s/ John T. Holleman
                              John T. Holleman, ABN 9105614